AO91 (Rev. 12/03) Criminal Complaint                              AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**  **CRIMINAL COMPLAINT**
**vs.**

Case Number: 7:18-po-16715

Carlos Humberto ARIAS-Alvarado
IAE
El Salvador 1983

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **November 02, 2018** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did,

**Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Carlos Humberto ARIAS-Alvarado was encountered by Border Patrol Agents near Abram, Texas on November 02, 2018. When questioned as to his citizenship, defendant stated that he was a citizen and national of El Salvador, who had entered the United States illegally on November 02, 2018 by rafting across the Rio Grande River near the Hidalgo, Texas Port of Entry.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Sworn by telephone per F.R.Crim.P.4.1

/S/ Meador, Kellen  Border Patrol Agent
Signature of Complainant

Meador, Kellen   Border Patrol Agent
Printed Name of Complainant

November 04, 2018      -3:43 p.m.      at     McAllen, Texas
Date                                           City/State

Juan F Alanis        Magistrate Judge
Name of Judge        Title of Judge                Signature of Judge